I, therefore, dissent from the denial of certiorari. I would grant the petition, vacate the judgment, and remand the case to the United States Court of Appeals for the Fifth Circuit, with directions to remand to the United States District Court for the Eastern District of Louisiana for reconsideration in light of the intervening decision in *Kelley* v. *Southern Pacific Co.,* 419 U. S. 318 (1974).

No. 75–6894. SCHUER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied, MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–145. CARPENTERS DISTRICT COUNCIL OF SOUTHERN COLORADO ET AL. *v.* REID BURTON CONSTRUCTION, INC. C. A. 10th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari.

No. 76–191. ANSCHUL *v.* SITMAR CRUISES, INC. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEWART, MR. JUSTICE MARSHALL, and MR. JUSTICE POWELL would grant certiorari.

No. 76–5044. MARTINEZ *v.* UNITED STATES. C. A. 9th Cir. Motion of Michael Olmo for leave to join in petition and certiorari denied.

No. 76–5114. IN RE K, A MINOR, BY ATCHLEY. Sup. Ct. Tex. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE WHITE would grant certiorari.

No. 76–5175. C. *v.* F. ET AL. Ct. App. Ore. Motion of Child Advocacy Project et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. MR. JUSTICE STEWART would grant certiorari.